# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

**FILED**

January 24, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Fidel Morales_____

DEPUTY

| United States of America | ) | |
| v. | ) | Case No. |
| Cristopher Herman BARRIO | ) | |
| | ) | **EP:25-M-00309-MAT** |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 22, 2025_____ in the county of _____El Paso_____ in the _____Western_____ District of _____Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| Title 21 U.S.C. § 952 | Knowingly and intentionally, import into the United States, from the Republic of Mexico, approximately 17.50 kilograms (gross weight) of Cocaine a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Complaint sworn to telephonically on
_____January 24, 2025_____ at _____02:00 PM_____ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

_____
*Complainant's signature*

Sergio Contreras, HSI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____01/24/2025_____

_____
*Judge's signature*

City and state: _____El Paso, Texas_____

Miguel A. Torres, U.S. Magistrate *Judge*
*Printed name and title*

Affidavit

On January 22, 2025, at approximately 0952 hours Cristopher Herman BARRIO applied for admission into the United States at the vehicle lanes of Paso Del Norte Port of Entry which is within the Western District of Texas.

During a pre-primary operation, Customs and Border Protection Officer (CBPO) Ricardo Ramirez approached a 2003 dark gray color Acura MDX bearing Texas plate number VFC-8863. The driver was a male by the name of Christopher Herman BARRIO. BARRIO presented his duly issue Texas identification card bearing his name and date of birth to CBPO Ramirez. BARRIO was traveling with a female and three minor children. BARRIO provided CBPO Ramirez with a negative declaration. CBPO Ramirez noticed during BARRIO's declaration, BARRIO was gripping the steering wheel real tight and looking straight forward avoiding eye contact with him. CBPO Ramirez asked what their purpose in Mexico was and BARRIO stated they were visiting his sick father in-law and were returning to their home. CBPO Ramirez proceeded to inspect the undercarriage of the vehicle and noticed tampering and splashed mud and fresh gray paint. CBPO Ramirez asked BARRIO if he had done any work on the vehicle and BARRIO stated no.

CBPO Salvador Ybarra also received a negative secondary declaration from BARRIO. BARRIO then stated they were visiting his sick father-in-law and were returning home. BARRIO stated that the vehicle was his to CBPO Ybarral. The vehicle and all occupants were escorted to vehicle secondary for an intensive inspection. Once in vehicle secondary BARRON and all occupants were asked to exit the vehicle and wait in a nearby inspecting table. A seven-point inspection revealed a trap door under the rear seat of the vehicle. The trap door was opened, and Fifteen (15) plastic wrapped bundles were discovered.

A random picked bundle was cut opened, and a white powdery substance was extracted. The white powdery substance tested positive for the properties of cocaine. The fifteen (15) bundles had an approximately gross weight of 17.50 kilograms.

Homeland Security Investigation (HSI) Task Force Officer (TFO) Sergio Contreras and HSI Special Agent (SA) Pablo Palacios arrived at the Port of Entry (POE) at approximately 1045 hours and identified themselves to BARRIO. HSI TFO Contreras read Statements Notice of Rights in the Spanish language to BARRIO and witness by HSI SA Palacios. At that time BARRIO stated that he understood his rights and decided to speak with the officers without an attorney present.

BARRIO stated this was his second time he smuggled drugs into the United States. BARRIO stated he had received one thousand five hundred dollars ($1500.00) as payment for smuggling drugs into the United States. BARRIO stated on his last trip he only had 3 bundles and was able to take them out from the non-factory compartment of the vehicle and gave them to an unknown male at a Ross parking lot. BARRIO stated on Tuesday January 21, 2025, he received a call at approximately 5:00 pm and was asked to take his vehicle to a mall in Ciudad Juarez to have it load up with what he believed was illegal drugs. BARRIO also stated he was aware he was

smuggling some type of illegal drugs but did not know what kind. BARRIO claimed he was going to get paid between four hundred ($400) and five hundred ($500) dollars for each bundle he successfully smuggled into the United States. BARRIO also stated he believed he was working for "La Linia" drug cartel.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included every fact known to me concerning this incident.