FILED

February 19, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:      DT
                        Deputy

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | <u>**I N D I C T M E N T**</u> **Case No: EP:25-CR-00270-DCG** |
| §  | |
| **Plaintiff,** § | **CT 1:** 21:952(a)-Importation of a |
| § | Controlled Substance; and |
| **v.** § | |
| § | **CT 2:** 21:841(a)(1)-Possession of a |
| **CRISTOPHER HERNAN BARRIO,** § | Controlled Substance with |
| § | Intent to Distribute. |
| **Defendant.** § | |
| § | |
| § | |
| § | |

THE GRAND JURY CHARGES:

<u>**COUNT ONE**</u>

That on or about January 22, 2025, in the Western District of Texas, Defendant,

**CRISTOPHER HERNAN BARRIO,**

knowingly and intentionally imported into the United States from Mexico a controlled substance,

which offense involved five kilograms or more of a mixture or substance containing a detectable

amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States

Code, Sections 952(a), 960(a)(1), and 960(b)(1)(B).

<u>**COUNT TWO**</u>

That on or about January 22, 2025, in the Western District of Texas, Defendant,

**CRISTOPHER HERNAN BARRIO,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which

offense involved five kilograms or more of a mixture or substance containing a detectable amount

of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

A TRUE BILL.

_____

FOREPERSON OF THE GRAND JURY

MARGARET F. LEACHMAN
ACTING UNITED STATES ATTORNEY

BY: _____
      Assistant U.S. Attorney